# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1530 Wabash Avenue, Pueblo, CO 81004
more fully described in Attachment A, attached hereto,
to include all out-buildings ~~and vehicles located thereon~~
and to include the person of any residents present at the
address at the time of the search warrant execution

)
)  Case No.  19-sw-06080-NYW
)
)
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __November 15, 2019__ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate Judge Nina Y. Wang__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **1:55 pm, Nov 01, 2019**

_____
*Judge's signature*
Nina Y. Wang

City and state:   Denver, CO

United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-SW-06080-NYW | 11/1/2019  10:34 pm | Gilbert Sintas, Jr. |

Inventory made in the presence of:
SA David White

Inventory of the property taken and name of any person(s) seized:

1. Red Nazi flag
2. Bomber jacket with iron cross
3. Flag with runic theme (HELM)
4. Black t-shirt with "14 words" logo
5. Nun chuks
6. Green Halloween mask
7. "88" pin
8. Bomber jacket with "14/88", runes
9. Raven flag
10. Adolf Hitler photo with verbiage
11. Photo with rune pin
12. Photo with runic symbol
13. Confederate flag hockey mask
14. Runic pin
15. New World Order, Ayran Knights KKK Card
16. Nazi patch
17. Thor hammer, Nazi emblem, Nazi patch
18. Birth certificate - Richard Holzer
19. Kilt with accessories
20. Item of mail for Richard R. Holzer
21. Machete

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:02 pm, Nov 12, 2019
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/2019

*John W. Smith*
Executing officer's signature

John W. Smith, Special Agent - FBI
Printed name and title